**Anna B. Carroll, appellee, v. John P. Glynn, appellant.**

Trover and conversion. Judgment for plaintiff. Appeal from the Circuit Court of Alexander county; the Hon. A. W. Lewis, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 6, 1919.

M. J. O'Shea, for appellant. C. S. Miller, for appellee.

---

**Max Pichinson, appellant, v. Julia Truckey, appellee.**

Action to recover for goods sold, and in attachment. Judgment for defendant. Appeal from the City Court of East St. Louis; the Hon. H. L. Browning, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 6, 1919.

Minock & Zulley, for appellant. Alexander Flannigen, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Zeno Strief, appellee, v. Fred N. Johantosettel, appellant.**

Suit to set aside sale of corporate stock because of fraudulent representations. Decree for complainant. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1919. Decree as modified affirmed. Opinion filed June 6, 1919.

Keefe, Hadley & Baxter, for appellant. J. P. Streuber and Burroughs & Ryder, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Ethel Scott, appellee, v. East St. Louis & Suburban Railway Company, appellant.**

Action to recover for personal injuries sustained in collision between street car and automobile in which plaintiff was riding. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 6, 1919.

Barthel, Farmer & Klingel, for appellant. W. E. Knowles and T. M. Webb, for appellee.

Mr. Justice Boggs delivered the opinion of the court.